## 29316. GADDY v. WILLIAMS.

FELTON, J. The bill of exceptions, not having been certified by the presiding judge as true, presents nothing for adjudication by this court, and the writ of error must be dismissed. *Elders* v. *Bancroft-Whitney Co.*, 6 *Ga. App.* 167 (64 S. E. 714).

*Writ of error dismissed. Stephens, P. J., and Sutton, J., concur.*

DECIDED NOVEMBER 7, 1941.

*J. A. Merritt,* for plaintiff in error.
*Isaac S. Peebles Jr., Nathan Jolles,* contra.